PROB 12C
(7/93)

Report Date: March 12, 2010

# United States District Court

### for the

### Eastern District of Washington



MAR 12 2010

SPOKANE, WASHINGTON  DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monty Eugene Shelley          Case Number: 2:06CR02176-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 8/2/2007

Original Offense: Manufacture of Counterfeit U.S. Federal Reserve Notes, 18 U.S.C. § 471

Original Sentence: Prison - 37 Months; TSR - 36 Months     Type of Supervision: Supervised Release

Asst. U.S. Attorney: Gregory M. Shogren          Date Supervision Commenced: 7/23/2009

Defense Attorney: Diane E. Hehir                 Date Supervision Expires: 7/22/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On February 1, 2010, Monte Shelley was unsatisfactorily discharged from outpatient substance abuse treatment due to his failure to attend treatment. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Monte Shelley tested positive for the use of methamphetamine on December 29, 2009, and February 15, 2010. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

**Prob12C**
Re: Shelley, Monty Eugene
March 12, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
FVS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

March 12, 2010
Date